CARDWELL v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. May 24, 1909.)

No. 1,597.

In Error to the District Court of the United States for the District of Montana.

Massena Bullard and W. T. Pigott, for plaintiff in error.
James W. Freeman, U. S. Atty., and S. C. Ford, Asst. U. S. Atty.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

GILBERT, Circuit Judge. The indictment upon which the plaintiff in error was convicted, and the questions involved upon the writ of error, are identical with those which were under consideration in Bircher v. United States (decided at this term of the court) 169 Fed. 589, and upon the reasons which controlled decision in that case the judgment is affirmed.